# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2020

161138 & (53)(61)(62)(63)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDDIE LEE SKELLETT,
      Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161138
COA: 344600
Monroe CC: 17-244009-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED and the motion for bond pending appeal is DENIED. The motion to file a pro per supplement is GRANTED. The motion to seal Appendix F of the application for leave to appeal is GRANTED. The Court finds that there is good cause to seal Appendix F because it contains confidential and privileged documents. There is no less restrictive means to adequately and effectively protect the specific interests asserted. See MCR 8.119(I). The application for leave to appeal the March 3, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t0526

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2020 _____



                         Clerk